# iBAHN LEASING LLC

## Action by Manager

### August 28, 2013

The undersigned (the "**Manager**"), being manager of iBAHN Leasing LLC, a Utah limited liability company (the "**Company**"), hereby consents, pursuant to the provisions of Section 706 of the Utah Revised Limited Liability Company Act, as amended, to the adoption of the following resolutions without a meeting:

WHEREAS, the Manager, acting pursuant to the laws of the State of Delaware, has considered the financial and operational aspects of the Company's business; and

WHEREAS, the Manager has reviewed the historical performance of the Company, the market for the Company's products and services, and the current and long-term liabilities of the Company;

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Manager, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and further

RESOLVED, that the Manager and any officer of the Company (such Manager or other officer, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case; and further

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J; and further

RESOLVED, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate

retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper; and further

RESOLVED, that the Authorized Officers of the Company be, and each of them hereby is, authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and further

RESOLVED, that in the judgment of the Manager it is desirable and in the best interests of the Company that the Company continue to pursue a sale of substantially all its assets on such terms that management determines will maximize value, subject to auction procedures and Bankruptcy Court approval in the Company's chapter 11 proceeding;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case; and further

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects; and further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and directed to file these resolutions with the minutes of the proceedings of the Manager.

*THE REST OF THIS PAGE INTENTIONALLY LEFT BLANK*

*NEXT PAGE IS SIGNATURE PAGE*

IN WITNESS WHEREOF, the undersigned has caused this Consent to be executed as of the date first written above.

MANAGER:

_____
Ryan Jonson

APPROVED BY:

IBAHN General Holdings Corp.,
a Delaware corporation,
Sole Member of iBAHN Leasing LLC

By: _____
Ted Helvey,
Chief Executive Officer

*SIGNATURE PAGE TO ACTION BY MANAGER OF*
*iBAHN LEASING LLC*